No. 09-9379. Jimmie Odell Bruner, Petitioner v. Oklahoma.

559 U.S. 1109, 130 S. Ct. 2409, 176 L. Ed. 2d 929, 2010 U.S. LEXIS 3870, ■

May 3, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Oklahoma denied.

No. 09-9380. Christopher Arbuckle, Petitioner v. Wendy Knight, Superintendent, Plainfield Correctional Facility.

559 U.S. 1109, 130 S. Ct. 2410, 176 L. Ed. 2d 929, 2010 U.S. LEXIS 3757.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 09-9381. Kenneth Edward Barbour, Petitioner v. M. Stanford, et al.

559 U.S. 1109, 130 S. Ct. 2410, 176 L. Ed. 2d 929, 2010 U.S. LEXIS 3703, ■

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

No. 09-9384. Gabriel Mendez, Petitioner v. Dwight Neven, Warden.

559 U.S. 1109, 130 S. Ct. 2410, 176 L. Ed. 2d 929, 2010 U.S. LEXIS 3795.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 09-9387. Kris Durschmidt, Petitioner v. City of Chandler, Arizona.

559 U.S. 1110, 130 S. Ct. 2410, 176 L. Ed. 2d 929, 2010 U.S. LEXIS 3820.

May 3, 2010. Petition for writ of certiorari to the Court of Appeals of Arizona, Division One, denied.

No. 09-9392. Leandro Roger Hernandez, Petitioner v. David L. Runnels, Warden.

559 U.S. 1110, 130 S. Ct. 2410, 176 L. Ed. 2d 929, 2010 U.S. LEXIS 3826.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 357 Fed. Appx. 745.

No. 09-9398. Joseph Lee Gurnsey, Petitioner v. California, et al.

559 U.S. 1110, 130 S. Ct. 2410, 176 L. Ed. 2d 929, 2010 U.S. LEXIS 3756.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 09-9399. Alfred T. Fraser, Petitioner v. High Liner Foods (USA), Inc., et al.

559 U.S. 1110, 130 S. Ct. 2411, 176 L. Ed. 2d 929, 2010 U.S. LEXIS 3809.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 337 Fed. Appx. 883.